# EXHIBIT 1


















