# EXHIBIT 13





SHOP NOW