**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE EAMON FOUNDATION,<br><br>                Plaintiff,<br><br>    v.<br><br>TIME IN, LLC d/b/a TIME IN APPAREL and CHARLES A. GOLDBERG,<br><br>                Defendants. | No. 2:20-CV-01250-AJS<br><br>**JURY TRIAL DEMANDED**<br><br>**ELECTRONICALLY FILED** |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff The Eamon Foundation ("Eamon"), Defendant Time In, LLC d/b/a Time In Apparel ("Time In"), and Defendant Charles A. Goldberg ("Goldberg"), by and through their undersigned counsel, jointly and respectfully move this Court for approval and entry of the Consent Decree attached hereto as **Exhibit A**, averring in support as follows:

1. On August 21, 2020, Eamon filed a Complaint [ECF No. 1] against Time In and Goldberg asserting claims for injunctive relief and declaratory relief for trademark infringement, unfair competition, dilution of trademarks, and unjust enrichment.

2. Eamon also that day filed a Motion for Preliminary Injunction ("Motion") [ECF No. 3] and a Brief in Support thereof [ECF No. 4].

3. On August 24, 2020, this Court entered a Scheduling Order [ECF No. 8] which, *inter alia*, scheduled a hearing on Eamon's Motion for September 11, 2020.

4. In order to at least temporarily, and perhaps permanently, resolve the above-captioned litigation, the parties respectfully request that the Court approve and enter the proposed Consent Decree attached hereto as **Exhibit A** and incorporated herein by reference.

WHEREFORE, the parties respectfully request that this Court approve and enter the Consent Decree attached hereto as **Exhibit A**.

                                        Respectfully submitted,

Dated:  August 28, 2020                **BUCHANAN INGERSOLL & ROONEY PC**

                                        By:  /s/Brian H. Simmons
                                                Brian H. Simmons (PA Bar No. 84187)
                                                Bryan H. Opalko (PA Bar No. 86721)
                                                Eric M. Spada (PA Bar No. 311446)
                                                Union Trust Building
                                                501 Grant Street, Suite 200
                                                Pittsburgh, PA 15219
                                                412-562-8800 (phone)
                                                412-562-1041 (fax)
                                                brian.simmons@bipc.com
                                                bryan.opalko@bipc.com
                                                eric.spada@bipc.com

                                                Attorneys for Plaintiff

                                    **THE WEBB LAW FIRM**

                                    By:  /s/John C. Thomas
                                                John C. Thomas (PA Bar No. 85532)
                                                One Gateway Center
                                                420 Fort Duquesne Boulevard, Suite 1200
                                                Pittsburgh, PA 15222
                                                412-471-8815 (phone)
                                                412-471-4094 (fax)
                                                jthomas@webblaw.com

                                                Attorneys for Defendants